[926 NYS2d 339]

In the Matter of Lori E. Petrone, an Attorney, Respondent.
Grievance Committee of the Fifth Judicial District,
Petitioner.

Fourth Department, July 8, 2011

**APPEARANCES OF COUNSEL**

*Anthony J. Gigliotti, Principal Counsel, Fifth Judicial District Grievance Committee*, Syracuse, for petitioner.

*Peter M. Hobaica*, Utica, for respondent.

**OPINION OF THE COURT**

Per Curiam.

Same Per Curiam opinion as in *Matter of Petrone* (87 AD3d 187 [2011]).

CENTRA, J.P., PERADOTTO, LINDLEY, GREEN and MARTOCHE, JJ., concur.

Order of suspension entered.